IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **SCOTT B. MERRIMAN and DAVID FOSS,** | Civ. No. 6:25-cv-00415-AA |
| Plaintiffs, | **OPINION AND ORDER** |
| v. | |
| **THOMAS DAVIS,** | |
| Defendant. | |

AIKEN, District Judge:

Plaintiffs Scott Merriman and David Foss filed a complaint and petition to proceed in forma pauperis. ECF Nos. 1, 2. Both Plaintiffs then filed a Motion to Dismiss. ECF Nos. 5, 9. Plaintiffs represent that the claims in their case are no longer warranted. Defendant has not appeared, served an answer, or filed any dispositive motion. Accordingly, the Court construes Plaintiffs' Motion to Dismiss as notice of voluntary dismissal under Federal Rule of Civil Procedure 41(A)(i). All motions are dismissed as moot.

Page 1 – OPINION AND ORDER

The Court ORDERS the case DISMISSED without prejudice. Judgment shall be entered accordingly.

IT IS SO ORDERED.

Dated this 28th day of July, 2025.

_____/s/Ann Aiken_____

Ann Aiken  
United States District Judge